PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATALYA MARKEVICH &<br>DANIIL PIGLITSIN,<br><br>Defendants. | CASE NO. 2:11-CR-00490-DAD<br><br>ORDER DISMISSING INDICTMENT AS TO DEFENDANTS NATALYA MARKEVICH AND DANIIL PIGLITSIN |

It is hereby ordered that plaintiff United States of America's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment as to defendants Natalya Markevich and Daniil Piglitsin only is GRANTED.

IT IS SO ORDERED.

Dated: __December 12, 2022__              _____
                                           UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                    1